Certificate Number: 17082-PAE-DE-039903159

Bankruptcy Case Number: 25-12908



17082-PAE-DE-039903159

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 24, 2025, at 5:00 o'clock AM MST, MARY K STACKHOUSE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 24, 2025

By:     /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director