Certificate Number: 17082-PAE-DE-039903158

Bankruptcy Case Number: 25-12908



17082-PAE-DE-039903158

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 24, 2025, at 5:00 o'clock AM MST, ROBERT J STACKHOUSE Sr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 24, 2025

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director