United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-12908-pmm |
| Robert J Stackhouse, Sr. | Chapter 13 |
| Mary K Stackhouse | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 04, 2025 | Form ID: 155 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert J Stackhouse, Sr., Mary K Stackhouse, 311 E Church St., Bethlehem, PA 18018-6102 |
| 15031109 | + | CARE GUARD, BOX 827, Burlington, MA 01803-5827 |
| 15031112 | + | HNL LAB MEDICINE, PO BOX 789581, Philadelphia, PA 19178-9581 |
| 15031113 | + | LAKEVIEW, BOX 1288, Baltimore2008, MD 21264-0001 |
| 15032571 | + | LAKEVIEW LOAN SERVICING, LLC, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 15031115 | | ST LUKES UNIVERSITY HEALTH NETWORK, 801 OSTRUM ST, Charlotte, NC 28260 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15031107 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 05 2025 00:18:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 15031108 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 05 2025 00:24:54 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15051829 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 05 2025 00:35:54 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15031110 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 05 2025 00:35:19 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 15031111 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 05 2025 00:18:00 | Comenity/Big Lots, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15046171 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 05 2025 00:19:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15049936 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2025 00:24:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15039604 | ^ | MEBN | Dec 05 2025 00:14:17 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15048886 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 05 2025 00:22:55 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15052535 | | Email/Text: bnc-quantum@quantum3group.com | Dec 05 2025 00:18:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15053282 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 05 2025 00:35:17 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15031116 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 05 2025 00:35:38 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Dec 04, 2025 | Form ID: 155 | Total Noticed: 19

15031117          Email/PDF: ais.sync.ebn@aisinfo.com

Dec 05 2025 00:35:53     Synchrony Bank/Lowes, Attn: Bankruptcy, PO
Box 965060, Orlando, FL 32896-5060

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15031114 | | Midland Funding LLC |
| 15031118 | | Unknown Plaintiff |
| 15031119 | | Unknown Plaintiff |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2025 at the address(es) listed below:

**Name**                    **Email Address**

LYNN E. FELDMAN
on behalf of Joint Debtor Mary K Stackhouse feldmanfiling@rcn.com  feldman.lynnb123770@notify.bestcase.com

LYNN E. FELDMAN
on behalf of Debtor Robert J Stackhouse  Sr. feldmanfiling@rcn.com, feldman.lynnb123770@notify.bestcase.com

MATTHEW K. FISSEL
on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Robert J Stackhouse Sr. | ) | Case No. 25–12908–pmm |
| | ) | |
| | ) | |
|    Mary K Stackhouse | ) | Chapter: 13 |
| | ) | |
|    Debtor(s). | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: December 4, 2025

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court