Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Robert J Stackhouse, Sr.
Mary K Stackhouse
311 E Church St.
Bethlehem, PA 18018

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-12908-PMM**

Petition Filed Date: 07/21/2025
341 Hearing Date: 08/26/2025
Confirmation Date: 12/04/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2025 | $167.00 | | 09/09/2025 | $167.00 | | 10/13/2025 | $167.00 | |
| 11/10/2025 | $167.00 | | 12/09/2025 | $167.00 | | 01/09/2026 | $167.00 | |
| 02/09/2026 | $167.00 | | 03/09/2026 | $167.00 | | 04/09/2026 | $167.00 | |
| 05/11/2026 | $167.00 | | 06/09/2026 | $167.00 | | 07/09/2026 | $167.00 | |

**Total Receipts for the Period: $2,004.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $2,171.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $4,248.00 | $2,011.18 | $2,236.82 |
| 1 | M&T BANK<br>»» 001 | Mortgage Arrears | $127.44 | $0.00 | $127.44 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 002 | Unsecured Creditors | $370.99 | $0.00 | $370.99 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $2,067.99 | $0.00 | $2,067.99 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $1,640.35 | $0.00 | $1,640.35 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $9,120.16 | $0.00 | $9,120.16 |
| 6 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 006 | Unsecured Creditors | $1,342.65 | $0.00 | $1,342.65 |
| 7 | QUANTUM3 GROUP LLC<br>»» 007 | Unsecured Creditors | $824.96 | $0.00 | $824.96 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $3,773.13 | $0.00 | $3,773.13 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $3,298.89 | $0.00 | $3,298.89 |
| 10 | SYNCHRONY BANK<br>»» 010 | Unsecured Creditors | $190.67 | $0.00 | $190.67 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $2,230.41 | $0.00 | $2,230.41 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $3,302.11 | $0.00 | $3,302.11 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,171.00 | Current Monthly Payment: | $167.00 |
| Paid to Claims: | $2,011.18 | Arrearages: | $0.00 |
| Paid to Trustee: | $159.82 | Total Plan Base: | $7,014.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.